FORM 1007-1(H)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF OKLAHOMA

**IN RE:**

Chad Kelsey Wilkerson

_____,

**Debtor(s).**

Case No. _____

Chapter _7___

## PAYMENT ADVICES CERTIFICATION
*(NOTE: A separate form must be filed by **each** debtor in a joint case)*

Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv), a debtor shall file copies of *all* payment advices or other evidence of payment (such as paycheck stubs, direct deposit statements, employer's statement of hours and earnings) received from the debtor's employer *within 60 days* before the date the debtor filed his/her bankruptcy case (the "petition date").*

I, _Chad Kelsey Wilkerson_____ hereby state as follows:
(debtor's name)

*(select one)*

☑     I have attached hereto, or previously filed with the Court, copies of all payment advices or other evidence of payment received from my employer(s) within 60 days before the petition date.

☐     I received payment advices from an employer(s) during the 60 days before the petition date but have not yet located or obtained copies of all of the payment advices.

☐     I did not receive any payment advices or other evidence of payment from any employer at any point during the 60 days before the petition date. _____.

*(If you were employed, attach an explanation of why you did not receive any payment advices from your employer.)*

I declare under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge, information and belief.

**/s/Chad Kelsey Wilkerson**

Date: _10/23/2025_____

(Signature of Debtor)
Print name: _Chad Kelsey Wilkerson_____

*** In order to protect the debtor's privacy, all but the last four digits of the Debtor's social security number and financial account number should be redacted from any payment advice. References to dates of birth should contain only the year and names of any minors should be redacted or include only initials.**

DEPARTMENT OF TRANSPORTATION    TRANSPORTATION BLDG 200 NE 21ST ST OKLAHOMA CITY, OK 73105-3204
Chad Wilkerson    PO BOX 6 RATTAN, OK 74562-0006

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Chad Wilkerson | DEPARTMENT OF TRANSPORTATION | 334590 | 07/13/2025 | 07/26/2025 | 08/08/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,449.95 | 97.86 | 239.78 | 6.92 | 1,105.39 |
| YTD | 49,166.66 | 21,038.74 | 4,986.03 | 110.72 | 23,031.17 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Annual Leave | 07/13/2025 - 07/18/2025 | 24.00 | 28.414 | 681.93 | 206.00 | 5,853.22 |
| Annual Leave - Pa | 07/13/2025 - 07/18/2025 | 11.03 | 28.414 | 313.40 | 11.03 | 313.40 |
| Benefit Allowance | | | 0.000 | | 0.00 | 12,794.88 |
| Enforced Leave | | | 0.000 | | 50.00 | 1,420.68 |
| Holiday Pay - Hour | | | 0.000 | | 56.00 | 1,591.17 |
| Hourly Pay | | | 0.000 | | 380.00 | 10,796.94 |
| Longevity | | | 0.000 | | 0.00 | 626.00 |
| Project - Hourly Pa | | | 0.000 | | 470.00 | 13,354.11 |
| Sick Leave | 07/13/2025 - 07/18/2025 | 16.00 | 28.414 | 454.62 | 78.00 | 2,216.26 |
| Special Employee | | | 0.000 | | 0.00 | 200.00 |
| Earnings | | | | 1,449.95 | | 49,166.66 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 89.90 | 1,981.00 |
| Medicare | 21.03 | 463.30 |
| Federal Withholding | 83.85 | 1,595.73 |
| State Tax - OK | 45.00 | 946.00 |
| Employee Taxes | 239.78 | 4,986.03 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| EE Basic Life Pretax - Biweekly | | 36.40 |
| EE Dental Pretax - Biweekly | | 1,385.30 |
| EE Disability Pretax - Biweekly | | 72.52 |
| EE Medical Pretax - Biweekly | | 14,975.38 |
| EE Vision Pretax - Biweekly | | 185.50 |
| Medical Reimbursement - Biweekly | | 560.00 |
| OPERS Step-Up | 33.08 | 1,043.55 |
| OPERS | 39.78 | 1,255.09 |
| SoonerSave - Biweekly | 25.00 | 1,525.00 |
| Pre Tax Deductions | 97.86 | 21,038.74 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Oklahoma Public Employees Association | 6.92 | 110.72 |
| Post Tax Deductions | 6.92 | 110.72 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| OPERS (Employer) | 187.54 | 5,916.73 |
| SoonerSave (Employer) | 11.54 | 184.64 |
| Employer Paid Benefits | 199.08 | 6,101.37 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,449.95 | 31,951.56 |
| Medicare - Taxable Wages | 1,449.95 | 31,951.56 |
| Federal Withholding - Taxable Wages | 1,352.09 | 28,127.92 |
| State Tax Taxable Wages - OK | 1,352.09 | 28,127.92 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married but withhold at higher Single rate |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Annual Leave Plan (Biweekly) | 2.76924 | 35.03 | 0.00604 |
| Enforced Leave Hours Used Plan | 0 | 0 | 40 |

### Payment Information

| Bank | Account Name | Account Number | Amount | |
|---|---|---|---|---|
| FIRSTBANK | FIRSTBANK ******6200 | ******6200 | 1,105.39 | USD |

Case 25-81003    Doc 5    Filed 10/23/25    Entered 10/23/25 11:03:26    Desc Main
Document    Page 2 of 2