# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

In Re: )
)
CHAD KELSEY WILKERSON ) Case No. 25-81003-PRT
EVIELYN ANGEL WILKERSON ) Chapter 7
)
Debtors )

## REPORT OF ASSET CASE

After investigation by Kelley G. Loud, Trustee of the above-captioned proceeding, a reasonable likelihood exists that assets are present in this Estate and a distribution to creditors may result.

The Trustee further requests that the Clerk of the Court issue Notice of Claims Bar Date to the current matrix in this proceeding.

Attached is the Individual Estate Property Record and Interim Report (Form 1).

Dated: June 18, 2026

Respectfully submitted:

/s Kelley G. Loud
Kelley G. Loud, OBA #15808
kloud@titushillis.com
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800  FAX: (918) 587-6822
*Chapter 7 Trustee*

1

| Case No.: | 25-81003-PRT | Trustee Name: | Kelley G. Loud |
|---|---|---|---|
| Case Name: | WILKERSON, CHAD KELSEY AND WILKERSON, EVIELYN ANGEL | Date Filed (f) or Converted (c): | 10/23/2025 (f) |
| For the Period Ending: | 6/18/2026 | §341(a) Meeting Date: | 11/19/2025 |
| | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | All that part of the SW/4, Rattan OK, Pushmataha County 74562 | $71,685.00 | $0.00 | | $0.00 | FA |
| 2 | 2004 Ford F150 Mileage: 300000 Other Information: Source of Value: Kelley Blue Book Doesn't Run VIN: 1FTPW14514KB81032 If you own or have more than one, describe here: | $1,000.00 | $0.00 | | $0.00 | FA |
| 3 | 2019 Ford Expedition Mileage: 87500 Other Information: Source of Value: JD Power VIN: 1FMJU1HT5KEA31694 | $19,300.00 | $0.00 | | $0.00 | FA |
| 4 | Household Goods and Furniture | $1,000.00 | $0.00 | | $0.00 | FA |
| 5 | Household Electronics | $500.00 | $0.00 | | $0.00 | FA |
| 6 | Six (6) guns | $1,500.00 | $0.00 | | $0.00 | FA |
| 7 | Personal Apparel | $250.00 | $0.00 | | $0.00 | FA |
| 8 | Wedding Rings | $1,000.00 | $0.00 | | $0.00 | FA |
| 9 | One (1) dog | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Checking account: CashApp Chad | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Checking account: CashApp Evielyn | $0.01 | $0.01 | | $0.00 | FA |
| 12 | Checking account: FirstBank CK 9209 | $9.00 | $9.00 | | $0.00 | FA |
| 13 | Checking account: FirstBank CK 9456 | $393.00 | $393.00 | | $0.00 | $393.00 |
| 14 | LPN | $0.00 | $0.00 | | $0.00 | FA |
| 15 | 2025 Tax Refunds (u) | $2,000.00 | $2,000.00 | | $0.00 | $2,000.00 |

**Asset Notes:**     Value is a placeholder only while Trustee continues to investigate. Nothing in this report shall be considered an admission and/or waiver of the Estate's rights and remedies

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $98,637.01 | $2,402.01 | | $0.00 | $2,393.00 |

**Major Activities affecting case closing:**

12/31/2025     Requested 2025 tax returns - possible tax refund

| Case No.: | 25-81003-PRT | Trustee Name: | Kelley G. Loud |
| Case Name: | WILKERSON, CHAD KELSEY AND WILKERSON, EVIELYN ANGEL | Date Filed (f) or Converted (c): | 10/23/2025 (f) |
| For the Period Ending: | 6/18/2026 | §341(a) Meeting Date: | 11/19/2025 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   12/31/2026    Current Projected Date Of Final Report (TFR):

/s/ KELLEY G. LOUD

KELLEY G. LOUD